IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     $39,900.00 SEIZED FROM BANK OF AMERICA ACCOUNT NO. 0000488093351634,

    Defendant.

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

The United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Tonya S. Andrews, pursuant to Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions G(2), states:

### JURISDICTION AND VENUE

1.     The United States of America (the United States) has commenced this action pursuant to the civil forfeiture provisions of 18 U.S.C. § 981(a)(1)(C), seeking forfeiture of defendant properties based on violations of 18 U.S.C. § 641 (theft of government property), and 18 U.S.C. § 1343 (wire fraud). This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

2.     Venue is proper under 28 U.S.C. § 1395, as some of the acts described herein occurred, in the District of Colorado.

1

## DEFENDANT PROPERTY

3. Defendant property is more fully described as:

a. $39,900.00 seized from Bank of America Account Number 0000488093351634, ("defendant $39,900.00") seized on August 17, 2021, at Bank of America located at 100 North Tryon Street, Charlotte, North Carolina. The account was in the name of "Fresh bites inc." Defendant $39,900.00 is currently being held by the United States Secret Service Asset Forfeiture Branch in Washington, D.C.

## FACTUAL BASIS FOR FORFEITURE

4. Except as otherwise noted, all of the following facts and information have been discovered through my own investigation, and the observations and investigations of fellow law enforcement officers as reported to me.

## BACKGROUND INFORMATION

5. In June 2020, the United States Secret Service (USSS) Central Florida Cyber Fraud Task Force (CFTF) began an investigation into various third-party payment systems after receiving complaints in regards to Small Business Administration's (SBA) Paycheck Protection Program Loan (PPP) and Economic Injury Disaster Loan (EIDL) fraud.

6. Reports of individuals submitting fraudulent PPP and EIDL loan applications through the online SBA website utilizing fabricated employment information and/or documentation, or stolen individual and corporate personally identifiable information, were submitted to the USSS by various financial institutions, including Bank of America.

7. Bank of America identified approximately 3,827 accounts, including the account defendant $39,900.00 was seized from, that had obtained SBA EIDL funds fraudulently based on the following fraud indicators present in the accounts: (1) Newly created accounts with abnormal transaction activity (little to no prior financial transactions) or existing accounts with no activity in the past twenty-four (24) months prior to SBA deposit; (2) Large SBA loan amounts or deposits with minimal or no other sources of deposits; (3) SBA deposits on behalf of businesses with BOA, who does not offer business accounts; (4) Inability to positively identify account holders (synthetic or unauthorized account); (5) No customer inquiries after funds were frozen; and (6) No proper identification in instances where funds were frozen, followed by a customer inquiry and request for customer identification.

## CARES ACT

8. On March 27, 2020, the President signed into law the Coronavirus Aid, Relief, and Economic Security (CARES) Act, through the SBA which provided emergency assistance to small business owners, including agricultural businesses, and nonprofit organization in all the U.S. states affected by the Coronavirus (COVID-19) pandemic. The two sources of funding for small businesses were the Paycheck Protection Program (PPP) and the Economic Injury Disaster Loans (EIDL).

9. The SBA EIDL program provided small businesses with working capital for fixed debts, payroll, accounts payable, and other bills resulting from the pandemic. Individuals could apply via SBA's online website for both the EIDL advances and loans. THE EIDL advance did not require any business documentation and could be approved

within 1-3 days. The EIDL loans required minimal documentation and information from small businesses to process the loan for approval.

10. Individuals applying for an EIDL loan would file applications online, via the website and servers belonging to an SBA contractor located in Des Moines, Iowa, in an attempt to obtain SBA EIDL funds. As part of the application process, unknown conspirators designated a financial institution's routing number and account number to direct the stolen funds, one such financial institution being Bank of America.

11. Once the SBA EIDL applications were approved, the Small Business Administration's Denver Finance Center[1] with servers located in Denver, Colorado, created payment files and authorized payments of the EIDL funds based on those applications.  This payment file was then transmitted via wire to the financial accounts designated by the perpetrators.  Bank of America is headquartered in Charlotte, North Carolina, where its servers are also located.

### Defendant $39,900.00 Seized from Bank of America Account Number 0000488093351634

12. On May 22, 2020, an individual using the name Takierra Calloway applied for a SBA Economic Injury Disaster Loan for the business "Fresh bites inc," (hereinafter Fresh Bites), with the trade name "Fresh B."

13. On the SBA application, Fresh Bites was identified as an independent contractor business that was established in 2018 but had recently been acquired by Ms. Calloway in March 2020.  Fresh Bites claimed its business activity was agriculture and that it was located in Dallas, Texas.

---

[1] Denver Finance Center, OCFO, SBA, 721 19th Street, Suite 373, Denver, CO 80202.

14. On the SBA application, Takierra Calloway claimed 100% ownership of the business, with 15 employees, gross revenues of $58,000.00, cost of goods sold of $20,000.00, lost rents of rental property $100,000.00, and costs of the agricultural operation of $200,000.00 for the 12 months prior to January 31, 2020.

15. The figures identified on the SBA EIDL application in terms of gross revenues and costs of goods sold are not indicative of a business that has 15 employees.

16. Ms. Calloway also provided her personal social security number for a sole proprietorship instead of an Employer Identification Number (EIN) for Fresh Bites, on the application, indicating that the company did not have a separate EIN.

17. Initially, on the SBA application, the funds were requested to be sent to a Greendot account. However, this account could not be verified by the SBA. Ms. Calloway then provided the SBA with a new Bank of America account.

18. On June 25, 2020, funds in the amount of $39,900.00 were distributed to Bank of America account #0000488093351634 (BOA Account #1634) for the EIDL loan. BOA Account #1634 was opened just a few days prior to this transfer.[2]

19. On August 17, 2021, defendant $39,900.00 was seized from Bank of America account #1634, by the United States Secret Service pursuant to a federal seizure warrant.

---

[2] The SBA also disbursed a $10,000.00 advance based on the number of employees claimed by Fresh Bites in its application. These funds were returned back to the SBA by Bank of America.

20.     On October 29, 2021, Ms. Takierra Calloway filed an administrative claim with the Secret Service, contesting the administrative forfeiture of the defendant funds.

21.     After the SBA EIDL loan was funded, Takierra Calloway authorized the SBA to obtain records for her taxes in 2018 and 2019 in relation to a loan modification. Because these returns were filed for years prior to Ms. Calloway's purported acquisition of the Fresh Bites business, they did not support the figures identified on the SBA EIDL application for Fresh Bites. Nonetheless, they also did not indicate sufficient income to support the acquisition of an agricultural business with 15 employees.

22.     A basic Google search identified a business named Fresh Bites located in Katy, Texas, approximately 250 miles away from Dallas, Texas, with a different phone number than that provided on the SBA EIDL application. On January 7, 2022, an agent with the Secret Service called this business and received a text response from an individual named "Nela," who stated that she was the owner of Fresh Bites.

23.     The United States requested documents from Ms. Calloway, through her attorney, to support the representations made in the SBA EIDL application for Fresh Bites, but has received no response.

## **CONCLUSION**

24.     In summary, there is reasonable cause to believe that defendant $39,900.00 constitutes or is derived from proceeds traceable to violations of 18 U.S.C. § 641 (theft of government funds), and wire fraud provisions of 18 U.S.C. § 1343 *et seq*. Therefore, defendant $39.900.00 is subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 984.

## VERIFICATION OF RYAN HEARN, SPECIAL AGENT, UNITED STATES SECRET SERVICE

I, Special Agent Ryan Hearn, hereby state and aver under the pains and perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained therein are true.

*s/ Ryan Hearn*
Ryan Hearn
Special Agent
United States Secret Service

### FIRST CLAIM FOR RELIEF

1. The Plaintiff repeats and incorporates by reference the paragraphs above.

2. By the foregoing and other acts, defendant $39,900.00 seized from Bank of America Account Number 0000488093351634 constitutes or is derived from proceeds traceable to violations of 18 U.S.C. § 641. Therefore, defendant $39,900.00 is forfeitable to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 984.

### SECOND CLAIM FOR RELIEF

3. The Plaintiff repeats and incorporates by reference the paragraphs above.

4. By the foregoing and other acts, defendant $39,900.00 seized from Bank of America Account Number 0000488093351634 constitutes or is derived from proceeds traceable to violations of wire fraud, 18 U.S.C. § 1343. Therefore, defendant $39,900.00 is forfeitable to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 984.

WHEREFORE, the United States prays for entry of a final order of forfeiture for the defendant property in favor of the United States, that the United States be

authorized to dispose of the defendant property in accordance with law, and that the Court enter a finding of probable cause for the seizure of the defendant property and issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED, this 26th day of January, 2022.

    Respectfully submitted,

    COLE FINEGAN
    United States Attorney

By: *s/ Tonya S. Andrews*
    Tonya S. Andrews
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: 303-454-0100
    Fax: 303-454-0405
    Email: tonya.andrews@usdoj.gov